[No. 33354-2-I.    Division One.    June 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DUNG HOANG LE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06063-5, Faith Enyeart Ireland, J., entered July 12, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Webster, J.

[No. 33476-0-I.    Division One.    June 10, 1996.]

*In the Matter of the Marriage of* THOMAS A. TRAINOR *Appellant*, and JUDITH L. TRAINOR, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 88-3-01499-3, Terrence A. Carroll, J., entered May 3, 1993 and September 1, 1993. *Affirmed in part and reversed in part and remanded* by unpublished opinion per Kennedy, A.C.J., concurred in by Coleman and Becker, JJ.

[No. 34099-9-I.    Division One.    June 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT S. GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00173-2, Thomas J. Wynne, J., entered February 7, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Webster, J.

[No. 34553-2-I.    Division One.    June 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LASHONE LEE BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06372-1, Ricardo S. Martinez, J., entered May 3, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Agid, J.